(December 19, 1994)

■ BEATRIZ ACEVEDO, Appellant, v LASZLO GOCZAN et al., Respondents. [620 NYS2d 976] —Appeal by the plaintiff from an order of the Supreme Court, Queens County (Lonschein, J.), dated July 9, 1993.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Lonschein at the Supreme Court. Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.